IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH CANADA,**<br>    **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **SAMUEL GROSSI & SONS, INC.,**<br>    **Defendant.** | **NO. 19-1790** |

**O R D E R**

**AND NOW**, this 31st day of July, 2020, upon consideration of Defendant's Motion for Summary Judgment (Document No. 31, filed March 13, 2020), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (Document No. 37, filed April 10, 2020), Plaintiff's Motion for Partial Summary Judgment (Document No. 32, filed March 13, 2020), Defendant's Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment (Document No. 35, filed April 10, 2020), Plaintiff's Reply Brief in Support of His Partial Motion for Summary Judgment (Document No. 42, filed April 16, 2020), for the reasons stated in the accompanying Memorandum dated July 31, 2020, **IT IS ORDERED** as follows:

  1.  Plaintiff's Motion for Partial Summary Judgment is **DENIED**.

  2.  Defendant's Motion for Summary Judgment is **GRANTED**.

**JUDGMENT IS ENTERED** in **FAVOR** of defendant, Samuel Grossi & Sons, Inc., and **AGAINST** plaintiff, Joseph Canada, with respect to all claims.

                     BY THE COURT:

                     /s/ Hon. Jan E. DuBois

                     _____
                       DuBOIS, JAN E., J.